**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NANCY L. CAPORALE, et al., | No. CIV S-09-1744-JAM-CMK |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| UNITED STATES POSTAL SERVICE, et al., | |
| Defendants. | |

Plaintiffs, proceeding in this action in propria persona, bring this civil action pursuant to the Federal Tort Claims Act, 28 U.S.C. § 1346. Pending before the court is the defendants' motion to dismiss (Doc. 8), set for hearing on December 17, 2009.

This matter is also set for an initial scheduling conference on December 3, 2009, before the undersigned in Redding, California. Given the pending motion to dismiss, the court finds it appropriate to vacate the scheduling conference until the pending motion has been resolved. Once the motion has been resolved, the court will reset a scheduling conference in this matter if appropriate.

/ / /

/ / /

1

1    Accordingly, IT IS HEREBY ORDERED that the scheduling conference set for
2 December 3, 2009, is vacated, to be reset following final resolution of the pending motion if
3 appropriate.

 DATED: November 18, 2009

                                   **CRAIG M. KELLISON**
                                   UNITED STATES MAGISTRATE JUDGE