IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NANCY L. CAPORALE, et al.,      No. CIV S-09-1744-JAM-CMK

    Plaintiff,

  vs.      <u>ORDER</u>

UNITED STATES POSTAL SERVICE, et al.,

    Defendants.

_____/

    Plaintiffs, proceeding in this action in propria persona, bring this civil action pursuant to the Federal Tort Claims Act, 28 U.S.C. § 1346. The parties have informed the court that a settlement agreement has been reached. In accordance with the provisions of Local Rule 160(b), the parties are directed to file dispositional documents on or before March 29, 2010. Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or party who cause noncompliance with this order. <u>See</u> Local Rule 110.

    SO ORDERED.

DATED: March 17, 2010

                                           **CRAIG M. KELLISON**
                                           UNITED STATES MAGISTRATE JUDGE