IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY L. CAPORALE, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 2:09-CV-01744-JAM-CMK <br><br> ORDER OF DISMISSAL PURSUANT TO STIPULATION BETWEEN THE PARTIES |

This action is hereby DISMISSED WITH PREJUDICE pursuant to the Stipulation for Compromise Settlement, Releases and Dismissal of Federal Tort Claims Act Claim filed herein on March 18, 2010.  The Clerk of the Court shall enter the dismissal and release in the official docket.

IT IS SO ORDERED.


DATED:  March 18, 2010              /s/ John A. Mendez
                                    UNITED STATES DISTRICT JUDGE

1